**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YIFEI JIANG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-0878-HE |
| | ) | |
| CHRIS GANTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On August 12, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #19], recommending the petition for writ of habeas corpus [Doc. #1] be granted to the extent it requests habeas relief under 28 U.S.C. § 2241. She also recommended the court order respondents to release petitioner from custody immediately, subject to an appropriate order of supervision. Further, she recommended the court order respondents to certify compliance by filing a status report within three business days of the court's order.

The parties were advised of their right to object to the Report and Recommendation by August 19, 2026, and the consequences for failure to make a timely objection. Neither party filed a timely objection nor sought an extension of time to do so. The right to appellate review of both factual and legal issues contained in the Report and Recommendation is therefore waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #19] is **ADOPTED**. The petition for writ of habeas corpus [Doc. #1] is **GRANTED** to the extent it seeks habeas relief pursuant to 28 U.S.C. § 2241. Respondents are **ORDERED** to release petitioner from custody immediately, subject to an appropriate order of supervision. Respondents are further **ORDERED** to certify compliance by filing a status report **within three business days** of this order.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 21st day of August, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE